UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.G., | Case No. 26-cv-01705-WHO |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to Case No. 24-cv-06580, *A.L. v United States*.

**IT IS SO ORDERED.**

Dated: March 2, 2026



WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California